For the errors mentioned, the judgment will be reversed, and the cause remanded.

---

### LEE v. STATE. (No. 7760.)

(Court of Criminal Appeals of Texas. May 30, 1923.)

Appeal from Criminal District Court, Dallas County; Robert B. Seay, Judge.

Manzie Lee was convicted of burglary, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Dallas county of burglary, and his punishment fixed at two years in the penitentiary.

Neither bills of exception nor statement of facts appear in the record. The indictment charges burglary in the regular form, and the charge of the court correctly submits the law of that issue.

No error appearing in the record, an affirmance will be ordered.